**Opinion issued May 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00516-CV

_____

## EX PARTE REINALDO J. AGUIAR MARCANO, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

On May 14, 2026, Relator Reinaldo J. Aguiar Marcano filed a petition for writ of habeas corpus claiming that the trial court conducted a contempt hearing earlier that morning and "is now poised to sign" proposed orders for his commitment and arrest.[1] Relator requests that our Court "issue an order staying the signing and

---

[1] The underlying case is *In the Matter of the Marriage of Gloria Espina and Reinaldo J. Aguiar and In the Interest of M.A.A., a child,* cause number 25-DCV-328122, pending in the 387th District Court of Fort Bend County, Texas, the Honorable Oscar M. Telfair III presiding.

execution of the Proposed Order for Commitment and Capias, and grant its writ of habeas corpus declaring the contempt proceeding and any resulting orders void, and discharging Relator from any threat of custody or restraint." On May 15, 2026, Relator filed an "Emergency Motion to Correct Prejudicial Docketing Error, Supplement to Petition for Writ of Habeas Corpus, and Renewed Plea for Immediate Consideration." Among other things, the new filing asserts that "the docket in the underlying Cause No. 25-DCV-328122 reflects that the presiding judge, the Honorable Oscar Telfair, III, has signed the 'Order for Capias and Setting Bond.'"

We deny the petition for writ of habeas corpus and all related motions and requests for relief.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.